UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG GE,<br><br>                                        Petitioner,<br><br>v.<br><br>WARDEN OF IMPERIAL REGIONAL DETENTION FACILITY; TODD LYONS; MARKWAYNE MULLIN; and TODD BLANCHE,<br><br>                                        Respondents. | Case No.: 3:26-cv-2213-JES-BJW<br><br>**ORDER DENYING WRIT OF HABEAS CORPUS AS MOOT**<br><br>**[ECF No. 1]** |

Before the Court is Petitioner Hong Ge's Petition for Writ of Habeas Corpus. ECF No. 1. In light of the status report filed on April 20, 2026 that Respondents were able to successfully effectuate Petitioner's removal, the Court **DENIES AS MOOT** the writ and directs the Clerk to close this case.

**IT IS SO ORDERED.**

Dated: April 22, 2026

_____

Honorable James E. Simmons Jr.
United States District Judge

1